ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DAWN DALLIHITE,<br><br>      Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>      Defendant. | CIVIL NO. 2:25-cv-03712-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 26, 2026

/s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on June 26, 2026

By:   /s/ Erin Jurrens
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 26, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND